Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Dylan Thorington

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DYLAN THORINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**SECURITY NATIONAL AUTOMOTIVE ACCEPTANCE COMPANY, LLC; and PROBER & RAPHAEL, A LAW CORPORATION,**<br><br>Defendants. | **Case No.: 3:16-cv-02996-BTM-BLM**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 10, 2017 for filing a joint dismissal.

Respectfully submitted,

Date: February 7, 2017                    **HYDE & SWIGART**

                                                   By:  s/Jessica R. K. Dorman
                                                       Jessica R. K. Dorman
                                                       Attorney for Plaintiff

**HYDE & SWIGART**
San Diego, California