UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN THORINGTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL AUTOMATIVE ACCEPTANCE COMPANY, LLC AND PROBER & RAPHAEL, A LAW CORPORATION,<br><br>　　　　　　　　　　Defendants. | Case No.:  16-cv-02996-BTM-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 3, 2017

*Barry Ted Moskowitz*

Barry Ted Moskowitz, Chief Judge
United States District Court